# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CAMERON MCCADDEN, a minor, by his next friend, CHRYSTAL MCCADDEN

                Plaintiff,

v.

CITY OF FLINT, et al.,

                Defendants.

Case No. 2:18-cv-12377-DPH-MKM
Hon. Denise Page Hood

_____/

| *Attorneys for Plaintiff* | *Attorney for City of Flint and Chief Timothy Johnson* |
|---|---|
| Jonathan R. Marko (P72450)<br>Marko Law, PLC<br>645 Griswold Street, Suite 4100<br>Detroit, MI 48226<br>(313) 965-5555/Fax (313) 965-5556<br>jon@ernstmarkolaw.com | William Y. Kim (P76411)<br>City of Flint Department of Law<br>1101 S. Saginaw St., 3rd Floor<br>Flint, MI 48502<br>(810) 766-7146<br>wkim@cityofflint.com |
| John Mark Finnegan (P68050)<br>Heberle & Finnegan<br>2580 Craig Road<br>Ann Arbor, MI 48130<br>(734) 302-3233<br>jmarkfinnegan@comcast.net | *Attorney for Terrence Walker*<br>Michael W. Edmunds (P55748)<br>Gault Davison, PC<br>8455 S. Saginaw St., Ste. 2<br>Grand Blanc, Michigan 48439<br>(810) 234-3633<br>medmunds@edmundslawoffice.com |
| Mark P. Fancher (P56223)<br>Michael J. Steinberg (P43085)<br>American Civil Liberties Union Fund of Michigan<br>2966 Woodward Ave.<br>Detroit, MI 48201<br>(313) 578-6822<br>mfancher@aclumich.org | *Attorney for Flint & Genesee Chamber of Commerce*<br>Joseph A. Starr (P47253)<br>Ryan J. Koss (P79893)<br>Attorneys for Flint & Genesee Chamber of Commerce<br>20700 Civic Center Dr., Ste. 290 |

| | |
|---|---|
| Susan Mizner<br>Claudia Center<br>American Civil Liberties Union Foundation<br>39 Drumm Street<br>San Francisco, CA 94111<br>(415) 343-0762<br>center@aclu.org<br>smizner@aclu.org | Southfield, MI 48076<br>(248) 554-2700<br>jstarr@starrbutler.com<br>rkoss@starrbutler.com |

### **PLAINTIFF'S MOTION FOR APPROVAL OF SETTLEMENT, ATTORNEYS FEES AND COSTS AND TO AUTHORIZE DISBURSEMENTS**

NOW COMES Plaintiffs by and through their attorneys, and for her Motion for Approval of Settlement, Attorneys Fees and Costs and to Authorize Disbursements states as follows:

1. That this is a 1983 case involving a disabled minor.

2. Plaintiff, a disabled individual, was restrained at school with handcuffs.

3. A settlement has been reached with all parties.

4. The law firms representing the Plaintiffs expended certain monies and time in pursuing this matter for which are entitled to reimbursement for pursuant to their Contingency Fee Agreement. Those amounts will be presented at the hearing.

1300 BROADWAY ST. | 5TH FLOOR
DETROIT, MI 48226
JMARKOLAW.COM
(313) 777-7LAW
MARKO LAW

5. It is in Cameron's best interest to place the settlement proceeds into a Supplemental Needs Trust for his benefit to protect said benefits.

6. Plaintiff requests authority to establish a Supplemental Needs Trust for the benefit of Cameron McCadden as Grantor and Trustee pursuant to the Michigan Bridges Eligibility Manual (BEM) Sec. 401 which authorizes her as legal guardian to establish the Trust.

7. The Supplemental Needs Trust, which complies with 42 U.S.C section 1396p(d)(4)(A), would initially be funded with the settlement proceeds and would be supervised by the Genesee County Probate Court with Annual Accountings to be filed.

8. That in addition to the Plaintiff attorney's fees and costs, the Plaintiff has separately hired a probate attorney to administer and handle the probate proceedings and the trust. That attorney fee and costs will also need to be approved.

9. That the attorneys' fees and costs should be approved by this Honorable Court and disbursement authorized.

10. That this Honorable Court should approve the settlement.

11. That the balance of funds will be placed into a structured settlement for the benefit of Plaintiff. The structured settlement will be presented at the hearing.

12. That this Honorable Court should authorize distribution to the interested parties.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order Approving Settlement, Attorneys Fees and Costs and to Authorize Disbursements.

                Respectfully submitted,

                /s/ *Jonathan R. Marko*
                Jonathan R. Marko (P72450)
                **MARKO LAW, PLLC**
                1300 Broadway Street
                Fifth Floor
                Detroit, MI 48226
                Phone: 313-777-7529
                Fax:    313-777-5785
                Email: jon@jmarkolaw.com

Dated: June 12, 2020

### CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, I presented the foregoing paper to this Court's MiFile System which will send notification of such filing to the above listed attorneys of record.

*/s/ Marissa A. Williams*