UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON MCCADDEN, a minor, by his
next friend, CHRYSTAL MCCADDEN,

        Case No. 2:18-CV-12377
    Plaintiff,        Hon. Denise Page Hood

v.

CITY OF FLINT; TIMOTHY JOHNSON,
Chief of Police, City of Flint, in his official capacity;
TERRANCE WALKER, in his individual
capacity, and FLINT & GENESEE
CHAMBER OF COMMERCE, a Michigan
Non-profit corporation,

    Defendants.

---

| *Attorneys for Plaintiff* | *Attorney for City of Flint and Chief Timothy Johnson* |
|---|---|
| Jonathan R. Marko (P72450) | William Y. Kim (P76411) |
| Marko Law, PLC | City of Flint Department of Law |
| 1300 Broadway Street | 1101 S. Saginaw St., 3rd Floor |
| Fifth Floor | Flint, MI 48502 |
| Detroit, MI 48226 | (810) 766-7146 |
| (313) 777-7529 / F: (313) 771-5785 | wkim@cityofflint.com |
| jon@markolaw.com | |
| | |
| John Mark Finnegan (P68050) | *Attorney for Terrence Walker* |
| Heberle & Finnegan | Michael W. Edmunds (P55748) |
| 2580 Craig Road | Gault Davison, PC |
| Ann Arbor, MI 48130 | 8455 S. Saginaw St., Ste. 2 |
| (734) 302-3233 | Grand Blanc, Michigan 48439 |
| jmarkfinnegan@comcast.net | (810) 234-3633 |
| | medmunds@edmundslawoffice.com |
| | |
| Mark P. Fancher (P56223) | |
| Michael J. Steinberg (P43085) | *Attorney for Flint & Genesee Chamber of Commerce* |
| American Civil Liberties Union Fund of Michigan | Joseph A. Starr (P47253) |

| | |
|---|---|
| 2966 Woodward Ave. | Ryan J. Koss (P79893) |
| Detroit, MI 48201 | Attorneys for Flint & Genesee Chamber |
| (313) 578-6822 | of Commerce |
| mfancher@aclumich.org | 20700 Civic Center Dr., Ste. 290 |
| | Southfield, MI 48076 |
| Susan Mizner | (248) 554-2700 |
| Claudia Center | jstarr@starrbutler.com |
| American Civil Liberties Union | rkoss@starrbutler.com |
| Foundation | |
| 39 Drumm Street | |
| San Francisco, CA 94111 | |
| (415) 343-0762 | |
| center@aclu.org | |
| smizner@aclu.org | |

## SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that attached **Exhibit 1** is Plaintiff's Amended Settlement Distribution Record.

              Respectfully submitted,

              /s/ *Jonathan R. Marko*
              Jonathan R. Marko (P72450)
              **MARKO LAW, PLLC**
              1300 Broadway Street, Fifth Floor
              Detroit, MI 48226
              P: 313-777-7529/ F: 313-777-5785
              Email: jon@markolaw.com

Dated: August 14, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020, I presented the foregoing paper to this Court's ECF System which will send notification of such filing to the above listed attorneys of record.

*/s/ Marissa A. Williams*

# EXHIBIT 1

**McCadden v. Flint**
**Settlement Disposition**
**(Revised 8/12/20)**

| | |
|---|---|
| City of Flint: | $20,000.00 |
| Chamber of Commerce: | $20,000.00 |
| Total Settlement Funds: | $40,000.00 |

Litigation Costs

| | |
|---|---|
| Fed Ex (ACLU-MI) | $32.71 |
| U.S. Dist. Court (filing fee)(ACLU-MI) | $400.00 |
| Independent Medical Exam (ACLU-MI) | $1,200.00 |
| Expert consultant (Golden) (ACLU-MI) | $968.75 |
| Postage (Marko) | $1.00 |
| Copy costs (Marko) | $132.50 |
| Mileage (Marko) | $80.50 |
| Total Litigation Costs: | $2,815.46 |

Attorneys' Fees (20% after costs)

| | |
|---|---|
| ACLU-MI Attorneys' Fees: | $6,186.91 |
| Attorney's fee for special needs trust | $1,250.00 |
| (Trust filing fee donated by ACLU National) | |
| Total Costs and Fees: | $10,252.37 |

**NET TO CLIENT:**          **$29,747.63**