UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON McCADDEN, a minor, by
his next friend, CHRYSTAL McCADDEN,

    Plaintiff,

v.

CITY OF FLINT, et al.

    Defendants.
_____/

Case No: 18-12377
Honorable Denise Page Hood

**ORDER GRANTING MOTION TO
APPROVE SETTLEMENT [ECF No. 48]**

On July 31, 2018, Plaintiff Cameron McCadden, a minor by his next friend, Chrystal McCadden, filed this action for alleged violations of Plaintiff's civil rights and his rights under the Americans with Disabilities Act ("ADA"). On June 12, 2020, Plaintiff filed a Motion to Approve Settlement, ECF No. 48, and submitted a settlement disposition document that identified how the settlement proceeds would be distributed. The Motion to Approve Settlement was unopposed, and the Court held a hearing on the Motion to Approve Settlement on August 12, 2020.

Pursuant to the Court's questioning at the hearing, the City of Flint submitted a resolution approving the settlement, ECF No. 52, and Plaintiff filed an updated and more thorough settlement disposition document that broke down and finalized the

attorney fees to be deducted from the settlement amount. ECF No. 53.

The Court, having: (a) reviewed and considered the Motion to Approve Settlement; (b) heard the arguments of the parties and testimony of Plaintiff; and © reviewed and considered the parties' post-hearing submissions, grants the Motion to Approve Settlement.  Accordingly,

IT IS ORDERED that Plaintiff's Motion to Approve Settlement is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is entitled to and is awarded $29,747.63, as set forth in the Settlement Agreement docketed as ECF No. 53.

IT IS FURTHER ORDERED that the parties shall submit promptly a stipulated order of dismissal.

IT IS ORDERED.

Dated: September 9, 2020

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE